# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 66 WM 2016
:
Respondent    :
:
:
:
v.    :
:
:
:
SHAWN CONLEY,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of July, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, the Application to File Fewer Copies, and the Motion for Appointment of Counsel are **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.